UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHARIHO REGIONAL SCHOOL
DISTRICT,
    Plaintiff

v.                                              C.A. No. 09-161 S

C.P., by his Mother, Mrs. P.,
    Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on October 26, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report & Recommendation, C.P.'s Motion for Entry of Judgment is GRANTED, and Chariho's Motion for Entry of Judgment is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 11/17/09